IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Docket No. 3:13-cr-307-RJC |
| v. | ) | **UNDER SEAL** |
| SHAHID HASSAN MUSLIM, | ) | |
| a.k.a. Sharp | ) | **ORDER UNSEALING BILL OF INDICTMENT** |
| a.k.a. Shawn Williams | ) | |
| Defendant. | ) | |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment be unsealed,

**IT IS HEREBY ORDERED** that the Bill of lndictment be unsealed.

The Clerk is directed to email a copy of the order to Assistant U.S. Attorney Kimlani M. Ford at Kimlani.Ford@usdoj.gov.

**SO ORDERED**.

Signed: November 25, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.