UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
3:13CR307RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHAHID HASSAN MUSLIM | ) | |
| | ) | |
| Defendant | ) | |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until December 31, 2014

IT IS SO ORDERED.

Signed: August 11. 2014

Robert J. Conrad, Jr.
Chief United States District Judge