IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00307-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SHAHID HASSAN MUSLIM, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a new trial. (Doc. No. 81).

In the motion, the defendant complains that the Court improperly denied his request for new counsel, that counsel provided ineffective assistance, and that the evidence was insufficient to support the jury's verdict. The Court made rulings during the trial that the defendant was not entitled to relief on any of these issues. The conclusory allegations in the instant motion do not provide a sufficient basis to reconsider those rulings.

**IT IS, THEREFORE, ORDERED** that the defendant's pro se motion of a new trial, (Doc. No. 81), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 9, 2014

Robert J. Conrad, Jr.
United States District Judge