IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00307-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SHAHID HASSAN MUSLIM, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon letter of the defendant complaining that he did not receive a copy of the decision regarding his attorney's motion to withdraw, (Doc. No. 140), and requesting additional time to file a motion for new trial pursuant to Rules 33 and 45 of the Federal Rules of Criminal Procedure. (Doc. No. 145).

The record reflects that a magistrate judge took counsel's motion to withdraw under advisement after a hearing and no decision has been rendered. Therefore, the Clerk of Court has not failed to provide him notice.

Next, the defendant requests additional time under Rule 45 to file a motion for new trial because his attorneys failed to do so within the 14 day limit in Rule 33. The defendant's request is moot because he previously filed a motion for new trial which was denied by the Court. (Doc. No. 81: Motion; Doc. No. 82: Order).

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: March 11, 2016

Robert J. Conrad, Jr.
United States District Judge