**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CR-307-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SHAHID HASSAN MUSLIM,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Reconsideration of Counsel's Motion To Withdraw" (Document No. 154), filed by Defendant Shahid Hassan Muslim on April 19, 2016. In his motion, the Defendant requests that the Court reconsider its previous Order (Document No. 149) denying the Defendant's Motion to Withdraw. The undersigned has carefully reviewed its previous Order and finds no basis for reconsideration of the matter. Having therefore carefully considered the motion to reconsider, the undersigned will <u>deny</u> the motion.

**IT IS THEREFORE ORDERED** that the "Motion For Reconsideration of Counsel's Motion To Withdraw" (Document No. 154) is hereby **DENIED**.

**SO ORDERED**.

Signed: April 19, 2016

David C. Keesler
United States Magistrate Judge