IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00307-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SHAHID HASSAN MUSLIM | ) |
| | ) |

**THIS MATTER** is before the Court upon appellate counsel's Motion for Production of Case Exhibits. (Doc. No. 184).

Counsel asks that the Court order the Clerk's Office to prepare and copy trial exhibits for the purpose of preparing the defendant's appeal. Pursuant to Local Rules, all exhibits are retained in the custody of the offering party who must make them available to opposing counsel for use in preparation of an appeal. L. Cr. R. 55.2, L. Cv. R. 79.1(C). This District also utilizes the Jury Evidence Recording System (JERS) to create an electronic copy of exhibits displayed through courtroom presentation technology.[1] Accordingly, the Court will direct the Clerk's Office to produce an electronic copy of exhibits in JERS, but appellate counsel should consult with trial counsel for access to the actual exhibits.[2]

**IT IS, THEREFORE, ORDERED** that the Motion for Production of Case Exhibits, (Doc. No. 184), is **GRANTED in part**, and the Clerk's Office shall provide an electronic copy of trial exhibits in JERS to appellate counsel.

Signed: March 28, 2017

Robert J. Conrad, Jr.
United States District Judge

---

[1] See http://www.ncwd.uscourts.gov/jury-evidence-recording-system-jers
[2] Additionally, Government's Exhibits 25a and 25a3 were not captured in JERS based on the explicit nature of the evidence.