IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00307-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAHID HASSAN MUSLIM | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 189: Order).

Title 28, United States Code, Section 753(b) requires a court reporter to produce and certify transcripts as requested from the original verbatim recording of court proceedings, which may be by shorthand, mechanical means, electronic sound recording, or other approved method. Federal Rule of Appellate Procedure 10(e) requires the district court to settle any alleged difference between the resulting transcripts and what occurred in court. The defendant claims that portions of the transcripts of proceedings in this Court are inaccurate based on altered, added, or omitted testimony or statements. (Doc. No. 189-1: Motion).

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the court reporter shall compare the challenged portions of the transcripts detailed in the defendant's Motion, (Doc. No. 189-1), with the original stenographic notes and certify whether the challenged portions are accurate or require correction.

**IT IS FURTHER ORDERED** that the original stenographic notes shall be preserved as required by 28 U.S.C. 753(b) pending further order of the Court.

The Clerk is directed to certify copies of this Order to the defendant, defendant's appellate counsel, the United States Attorney, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: October 26, 2017

Robert J. Conrad, Jr.
United States District Judge