IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00307-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| SHAHID HASSAN MUSLIM | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's Motion Requesting Redactions, pursuant to Fed. R. Crim. P. 49.1. (Doc. No. 200).

Unless a court orders otherwise, filings that contain personal data indentifiers may only include portions of such information as detailed in Rule 49.1(a). Here, the defendant has specified certain transcript volumes that were allegedly filed without redacting identifiers. (Doc. No. 199: Notice). However, the Notice does not detail the page and line information necessary to consider the defendant's request.

**IT IS, THEREFORE, ORDERED** that:

1. Within fourteen (14) days of the entry of this Order, the defendant shall file an amended notice detailing the volume, page, line, and particular indentifier he requests be redacted;

2. Within seven (7) days of that filing, the government may respond to the amended notice stating any objection to requested redactions; and

3. The Clerk of Court shall immediately place the transcripts at issue, (Doc. Nos. 127, 128, 129, 130, 179, 180) under seal with access only to the parties; and

4. The amended notice and any response may be filed under seal, pursuant to L. Cr. R. 49.1.1.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge