IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00307-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAHID HASSAN MUSLIM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant to recuse pursuant to 28 U.S.C. § 455(a), (Doc. No. 221), and to disqualify pursuant to 28 U.S.C. § 144, (Doc. No. 222), the Court from presiding over his case.

The defendant's Judgment became final after the United States Court of Appeals for the Fourth Circuit affirmed this Court as to all issues raised in his appeal. (Doc. No. 210: Opinion; Doc. No. 213: Mandate). The docket reflects that the defendant has no matters pending before the Court.

**IT IS, THEREFORE, ORDERED** that the defendant's motions are **MOOT**.

.

Signed: February 19, 2021

Robert J. Conrad, Jr.
United States District Judge