IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00307-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SHAHID HASSAN MUSLIM, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the defendant's Omnibus Motion, (Doc. No. 226); Motion to Recuse pursuant to 28 U.S.C. § 455(a), (Doc. No. 227); Motion to Disqualify pursuant to 28 U.S.C. § 144, (Doc. No. 228); and Motion for Stay of 28 U.S.C. § 2255 Petition, (Doc. No. 229).

The gravamen of defendant's motions is that the Court should not preside over the recently filed § 2255 petition, (Case No. 3:21-cv-184), based on alleged bias resulting from this criminal case. Accordingly, the motions would be more appropriately considered in the civil case.

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 226, 227, 228, and 229), be **TERMINATED** in the criminal case and **RE**-FILED in the civil case.

Signed: May 3, 2021

Robert J. Conrad, Jr.
United States District Judge